UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARCE RICE,                                              No. 2:07-cv-01118-MCE-EFB

      Plaintiff,

  v.                                                    <u>MEMORANDUM AND ORDER</u>

DEFENDANT,

      Defendant.

----oo0oo----

    Plaintiff has failed to respond to the Court's Order to Show Cause issued on November 4, 2008. The Order To Show Cause required Plaintiff to inform the Court, in writing, within twenty (20) days why the case should not be terminated based upon the Plaintiff's failure to prosecute. The case is dismissed and the clerk is directed to close the file.

    IT IS SO ORDERED.

Dated: December 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1